PROB 35
(08/01)

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

**FILED**

DSY

# United States District Court
### FOR THE
### Middle District of Florida

2010 MAY 27 D 2: 26

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

Crim. No. 3:01-cr-138-J-20HTS

RONALD JENKINS

On April 30, 2002, the above named was placed on supervised release for a period of five (5) years commencing November 17, 2006. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that she be discharged from supervised release.

Respectfully submitted,

Cliff L. Caver
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer be discharged from probation and that the proceedings in the case be terminated.

Dated this 26 day of May, 2010.

United States District Judge